JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>          Plaintiff,<br><br>    vs.<br><br>7-ELEVEN, INC., a Texas corporation<br><br>        Defendants. | Case No.:  5:25-cv-01656-SP<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Sheri Pym presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated _February 2, 2026



_____

United States Magistrate Judge
Central District of California